

# THE THIRTEENTH COURT OF APPEALS

## 13-16-00533-CV

Ronny Eugene Scott, and wife, Elizabeth Helen Scott

v.

John C. Carpenter and wife Suzanne E. Carpenter, and Joshua A. Carpenter

On Appeal from the
249th District Court of Johnson County, Texas
Trial Cause No. DC-C201600135

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be REVERSED and the cause REMANDED to the trial court. The Court orders the judgment of the trial court REVERSED and REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellees.

We further order this decision certified below for observance.

May 31, 2018